THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER B., individually and as guardian of M.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>Defendants. | CASE NO. C16-1904-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the dispositive motions deadline (Dkt. No. 30). This motion is GRANTED. The dispositive motions deadline is extended from July 31, 2017 to August 18, 2017.

DATED this 1st day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
