UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER B., individually and as guardian of M.B., a minor,<br><br>Plaintiff,<br>v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>Defendants. | CASE NO. C16-1904-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The matter comes before the Court on Plaintiff's unopposed motion to extend Plaintiff's dispositive motion deadline (Dkt. No. 35). The motion is GRANTED. Plaintiff's dispositive motion deadline is extended from September 15, 2017 to September 20, 2017.

DATED this 18th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk