THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER B., individually and as guardian of M.B., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, *et al.*, <br><br> Defendants. | CASE NO. C16-1904-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for an extension of time to reply (Dkt. No. 45) to responses (Dkt. Nos. 43, 44) to cross motions for summary judgment (Dkt. Nos. 37, 42). The motion (Dkt. No. 45) is GRANTED. Parties shall file their replies by Monday, October 16, 2017. The Clerk is DIRECTED to renote the motions for summary judgment (Dkt. Nos. 37, 42) for October 16, 2017.

DATED this 12th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk