THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER B., individually and as guardian of M.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>Defendants. | CASE NO. C16-1904-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court can resolve this matter through parties' cross-motions for summary judgment (Dkt. Nos. 37, 42) and subsequent briefing (Dkt. Nos. 43, 44, 49, 47). The Court hereby VACATES the trial date, previously set as October 30, 2017. The parties need not file a proposed pretrial order or trial briefs.

DATED this 17th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk