THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER B., individually and as guardian of M.B., a minor,<br><br>Plaintiff,<br>v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>Defendants. | CASE NO. C16-1904-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court does not have a full copy of the administrative record in this matter. The Court DIRECTS Plaintiff to file a full copy of the record no later than Wednesday, October 25, 2017. As the Court understands much of the record contains HIPPA protected information, the record may be filed under seal, pursuant to LCR 5(g)(2)(A).

DATED this 18th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk

MINUTE ORDER C16-1904-JCC
PAGE - 1